Fill in this information to identify the case:

Debtor name **Integrity Networks, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF PENNSYLVANIA**

Case number (if known): ______

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACH Capital c/o Brody Valerga, Esquire Valerga LLP 395 S. Main Street, #201 Alpine, UT 84004 | | MCA | Disputed | | | $200,000.00 |
| ADA Station Communications P.O. Box 3011 Crossville, TN 38557 | | | | | | $92,672.50 |
| Columbia Bank Outsource Receivables Management P.O. Box 166 Ogden, UT 84402 | | | | | | $89,905.72 |
| CSC 2301 Patriot Boulevard Glenview, IL 60026-8020 | | | | | | $99,344.72 |
| Graybar Electric 300 SW 27th Street Suite B Renton, WA 98057-3380 | | | | | | $209,436.65 |
| Honest 447 Broadway - 2nd Floor Suite 1197 New York, NY 10013 | | MCA | Disputed | | | $260,000.00 |

Debtor **Integrity Networks, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IBEW Local 46 Puget Sound Electrical Workers c/o Welfare & Pension Administration P.O. Box 34988 Seattle, WA 98124-1899 | | | | | | $233,294.86 |
| Internal Revenue Service Department of the Treasury Attn: Employee Federal Withholding 915 Second Avenue, Mailstop W-218 Seattle, WA 98174-1009 | | | | | | $658,907.67 |
| Internal Revenue Service Department of the Treasury Attn: Employer Social Security Tax 915 Second Avenue, Mailstop W-218 Seattle, WA 98174 | | | | | | $303,365.29 |
| Internal Revenue Service Department of the Treasury Attn: Employee Social Security Tax 915 Second Avenue, Mailstop W-218 Seattle, WA 98174-1009 | | | | | | $303,365.29 |
| Internal Revenue Service Department of the Treasury Attn: Employee Medicare Tax 915 Second Avenue, Mailstop W-218 Seattle, WA 98174 | | | | | | $75,979.23 |
| Internal Revenue Service 915 Second Avenue Mailstop W-218 Seattle, WA 98174-1009 | | | | | | $151,438.43 |

Debtor **Integrity Networks, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Klaserlake, LLC<br>82 Green Bay Drive<br>Boardman, OH 44512 | | | | | | $208,188.74 |
| Moorse Communications, Inc.<br>395 East Drive<br>Melbourne, FL 32904 | | | | | | $177,413.17 |
| NCS-US, LLC<br>8020 S. Rainbow Boulevard<br>Suite 100-429<br>Las Vegas, NV 89139 | | | | | | $108,887.50 |
| Oakwood Business Funding<br>633-699 NE 167th Street<br>Num 814<br>Miami, FL 33162 | | MCA | Disputed | | | $100,000.00 |
| Ramp Business Corporation<br>28 West 23rd Street<br>Floor 2<br>New York, NY 10010 | | | | | | $159,257.48 |
| Sunbelt Rentals<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 | | | | | | $122,811.24 |
| UI Tax Administration<br>Attn: Washington Employment Security Dpt<br>P.O. Box 84242<br>Seattle, WA 98124-5542 | | State Unemployment Insurance | | | | $281,852.00 |
| Whitestone<br>c/o Jack Madeb, Esquire<br>Madeb Law, PLLC<br>1202 Avenue U #1287<br>Brooklyn, NY 11229 | | MCA | Disputed | | | $167,860.00 |