**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re Integrity Networks, Inc.
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 10/28/26

Timothy D. Burns/Chief Executive Officer
Signer/Title

Accu-Tech Corporation
11350 Old Rosell Road
Suite 100
Alpharetta, GA 30009

ACH Capital
c/o Brody Valerga, Esquire
Valerga LLP
395 S. Main Street, #201
Alpine, UT 84004

ACRT
625 St. Louis Street
#19
Hopkins, MN 55343

ADA Station Communications
P.O. Box 3011
Crossville, TN 38557

ADI Global Distribution, LLC
P.O. Box 731340
Dallas, TX 75373

Alert 360
2448 East 81st Street
Suite 4300
Tulsa, OK 74137

Alliance Technology Group, LLC
7010 Hi Tech Drive
Hanover, MD 21076

American Engineering Corporation
Attn: Kenneth Mark Exsterstein, Pres.

American Heritage Life Insurance Co.
Attn: Allstate Benefits
P.O. Box 650514
Dallas, TX 75265-0514

Arthur J. Gallagher Management Services
10900 NE 8th Street
Suite 750
Bellevue, WA 98004

Avigilon USA Corporation
500 West Monroe Street
Suite 440
Chicago, IL 60661

C.H. Reynolds Electric, Inc.
1281 Wayne Avenue
San Jose, CA 95131

Cabling Solutions, Inc.
200 Azar Court
2nd Floor
Baltimore, MD 21227

California Dept. of Tax & Fee Admin.
P.O. Box 942879
Sacramento, CA 94279

California Employment Dev. Dept.
P.O. Box 826215
MIC 3A
Sacramento, CA 94230-6215

CDW Direct
P.O. Box 75723
Chicago, IL 60675-5723

City and Burrough of Juneau
155 Heritage Way
Juneau, AK 99801-1397

City of Bellevue WA
Attn: Finance & Asset Management
P.O. Box 34372
Seattle, WA 98124

City of Bellingham
Attn: Finance Department
210 Lottie Street
Bellingham, WA 98225

City of Everett
Attn: Finance Business Division
2930 Wetmore
Suite 1A
Everett, WA 98201

City of Olympia
Attn: City Treasurer
P.O. Box 2009
Olympia, WA 98507-1967

City of Seattle WA
Attn: License & Tax Administration
700 Fifth Avenue
42nd Floor
Seattle, WA 98124

City of Tacoma
Attn: Tax & License Division
P.O. Box 11640
Tacoma, WA 98411

Columbia Bank
Outsource Receivables Management
P.O. Box 166
Ogden, UT 84402

Comcast
P.O. Box 37601
Philadelphia, PA 19101

Corporate Traveler
5 Paragon Drive
Suite 200
Montvale, NJ 07645

Crestron Electronics, Inc.
7 Volvo Drive
Rockleigh, NJ 07647

CSC
2301 Patriot Boulevard
Glenview, IL 60026-8020

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349

Definiti
P.O. Box 95357
Grapevine, TX 76099-9733

Deltek-Computerease
P.O. Box 936989
Atlanta, GA 31193-6989

Department of Labor & Industry
Right to Know
P.O. Box 44171
Olympia, WA 98504-4171

Department of Labor & Industry
Attn: Washington Dept. of Labor & Ind.
P.O. Box 34022
Seattle, WA 98124-1022

Department of Revenue, WA ST
20819 72nd Avenue South
Suite 680
Kent, WA 98032

Dewitt Van Nest Electrical
365 Talmage Avenue
Bound Brook, NJ 08805

Dino W. Traverso
606 Oakesdale Avenue SW
Suite 204
Renton, WA 98057

Ekkinos Solutions, SLU
Calle Robledillo 17
Madrid
Spain 28270

Electra Link, Inc.
21755 Interstate 45
Building 10
Spring, TX 77388

Employment Security Dept.
P.O. Box 19020
Olympia, WA 98507

Employment Security Dept. - WA ST
P.O. Box 9046
Olympia, WA 98507

Energy Electric Co., Inc.
740 Quaker Highway
Uxbridge, MA 01569

Enterprise Fleet Management
P.O. Box 800089
Kansas City, MO 64180

Enterprise Fleet Management - WEX
P.O. Box 800089
Kansas City, MO 64180

Enterprise Rent-A-Car USA
EAN Services, LLC
P.O. Box 402383
Atlanta, GA 30384

Enterprise Security, Inc.
22860 Savi Ranch Parkway
Yorba Linda, CA 92887

Equipment Share.Com, Inc.
5710 Bull Run Drive
Columbia, MO 65201

ETF Local 112
P.O. Box 5433
Spokane, WA 99205

ETF Local 48
601 NE Everett
Portland, OR 97232

Europe United Solve, SL
Calle Mariano Jose De Larra 6
Las Rozas
Madrid 28232

Expertise Almo Professional A/V
P.O. Box 536251
Pittsburgh, PA 15253

Extron Electronics
1025 E. Ball Road
Anaheim, CA 92805

Federal Express Freight
Dept. CH
P.O. Box 10306
Palantine, IL 60055-0306

Ferreira Communications
2772 Simas Avenue
Pinole, CA 94564

Fidelis, Inc.
1920 S. Puget Drive
Renton, WA 98055

First Data Merchant Services
1600 Terrell Mill Road
Suite 400
Marietta, GA 30067

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399

Georgia Department of Revenue
Attn: Taxpayer Services
P.O. Box 105499
Atlanta, GA 30348-5499

Grainger, Inc.
6725 S. Todd Boulevard
Seattle, WA 98188-4771

Graybar Electric
300 SW 27th Street
Suite B
Renton, WA 98057-3380

Herc Rentals
27500 Riverview Center Boulevard
Suite 100
Bonita Springs, FL 34134

Hilti, Inc.
P.O. Box 70299
Philadelphia, PA 19176

Honest
447 Broadway - 2nd Floor
Suite 1197
New York, NY 10013

IBEW Local 191
3100 164th Street NE
Marysville, WA 98271

IBEW Local 46
Puget Sound Electrical Workers
c/o Welfare & Pension Administration
P.O. Box 34988
Seattle, WA 98124-1899

IBEW Local 48
Oregon SW Washington Electrical Trusts
PMB #116
5331 S. Macadam Avenue, Ste. 258
Portland, OR 97239

IBEW Local 76
IBEW Health & Welfare Trust of S.W. WA
c/o Rehn & Associates
1322 N. Post Place
Spokane, WA 99201

Intermountain Lock & Security
P.O. Box 65158
Salt Lake City, UT 84165

Internal Revenue Service
915 Second Avenue
Mailstop W-218
Seattle, WA 98174-1009

Internal Revenue Service
Department of the Treasury
Attn: Employee Federal Withholding
915 Second Avenue, Mailstop W-218
Seattle, WA 98174-1009

Internal Revenue Service
Department of the Treasury
Attn: Employee Social Security Tax
915 Second Avenue, Mailstop W-218
Seattle, WA 98174-1009

Internal Revenue Service
Department of the Treasury
Attn: Employee Medicare Tax
915 Second Avenue, Mailstop W-218
Seattle, WA 98174

Internal Revenue Service
Department of the Treasury
Attn: Employer Social Security Tax
915 Second Avenue, Mailstop W-218
Seattle, WA 98174

Internal Revenue Service
Department of the Treasury
Attn: Employer Medicare Tax
915 Second Avenue, Mailstop W-218
Seattle, WA 98174

Internal Revenue Service
Department of the Treasury
Attn: Federal Unemployment Tax
915 Second Avenue, Mailstop W-218
Seattle, WA 98174

Iron Mountain
1101 Enterprise Drive
Royersford, PA 19468

John Hancock

KB Advanced Technologies
200 West Jackson Boulevard
Suite 1200
Chicago, IL 60606

King County District Court
340 East Main Street
#101
Auburn, WA 98002

King County Treasury
Property Tax Division
201 S. Jackson Street
#710
Seattle, WA 98104-3854

Klaserlake, LLC
82 Green Bay Drive
Boardman, OH 44512

KW Corporation, Inc.
307 W. Grand River Avenue
Fowlerville, MI 48836

Leaf
P.O. Box 5066
Hartford, CT 06102-5066

Lepton AV
6235 W. Chinook Court
Sun Valley, NV 89433

Mobile Mini, Inc.
21818 75th Drive SE
Woodinville, WA 98072

Moorse Communications, Inc.
395 East Drive
Melbourne, FL 32904

My Fleet Center
P.O. Box 620130
Middleton, WI 53562

Mycom Communications
5642 Elder Circle
Livermore, CA 94550

N.D. Office of State Tax Comm.
600 E. Boulevard Avenue
Dept. 127
Bismarck, ND 58505-0599

NAPA/Genuine Parts Company, Inc.
File 56893
Los Angeles, CA 90074-6890

NCS-US, LLC
8020 S. Rainbow Boulevard
Suite 100-429
Las Vegas, NV 89139

New Jersey Dept. of Taxation
P.O. Box 999
Trenton, NJ 08646-0999

New York Dept. of Tax & Finance
P.O. Box 15163
Albany, NY 12212-5163

North West Handling System, Inc.
1100 SW 7th Street
Renton, WA 98057

Oakwood Business Funding
633-699 NE 167th Street
Num 814
Miami, FL 33162

Oklahoma Tax Commission
P.O. Box 26930
Oklahoma City, OK 73126-0930

Onguard Enterprises, Inc.
100 NW 114th Lane
Pompano Beach, FL 33071

Oregon Department of Revenue
955 Center Street NE
Salem, OR 97301-2555

Paid Family & Medical Leave
Attn: Washington Employment Security Dpt
P.O. Box 84249
Seattle, WA 98124-5549

Parking Revenue Recovery Service
P.O. Box 440350
Aurora, CO 80044

Peerless Communications, Inc.
300 Dominion Drive
Suite 475
Morrisville, NC 27560-9089

Pennsylvania Department of Labor - SUI
651 Boas Street
Room 402
Harrisburg, PA 17121

Pennsylvania Dept. of Revenue
P.O. Box 280948
Harrisburg, PA 17128-2005

PI Security Solutions
6114 139th Avenue SE
Snohomish, WA 98290

Pitney Bowes Global Financial
27 Waterview Drive
Shelton, CT 06484

Platt Electric Supply
10605 SW Allen Boulevard
Beaverton, OR 97005

Port of Seattle
P.O. Box 24507
Seattle, WA 98124-0507

Pride Electric, Inc.
18133 NE 68th Street
Suite D-120
Redmond, WA 98052

Primo Brands
P.O. Box 30080
College Station, TX 77842

Progressive Technologies, Inc.
3750 Old Getwell Road
Memphis, TN 38118

Puget Sound Educational Service
800 Oakesdale Avenue SW
Renton, WA 98057

Puget Sound Electrical Workers
c/o Welfare & Pension Administration
P.O. Box 34899
Seattle, WA 98124-1899

Puget Sound Energy Bot-01H
P.O. Box 91269
Bellevue, WA 98009-9269

QBSI
1012 SW 41st Street
Renton, WA 98057

Ramp Business Corporation
28 West 23rd Street
Floor 2
New York, NY 10010

Ravex Systems, Inc.
132 Scott Swamp Road
Farmington, CT 06032

Renton Cedar River Park, LLC
c/o JSH Propertis, Inc.
14900 Interurban Avenue S.
Suite 130
Seattle, WA 98168

Renton False Alarm Red. Program
Lockbox 1046
P.O. Box 35146
Seattle, WA 98124-5416

RXO
11215 North Community House Road
Charlotte, NC 28277

Scansource Catalyst
P.O. Box 730987
Dallas, TX 75373-0987

Sherman Technologies, LLC
P.O. Box 876476
Wasilla, AK 99687

Simply Wired, LLC
1018 W. Osprey Heights Drive
Spokane, WA 99224

Sound Benefit Administration
18887 State Highway 305
#600
Poulsbo, WA 98370

State of California
Department of Tax
P.O. Box 942879
Sacramento, CA 94279-1000

Status Controls, Ltd.
110 West 6th Avenue
PMB 278
Ellensburg, WA 98926

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211

Tacoma Screw Products, Inc.
2001 Center Street
Tacoma, WA 98409

TCB Datacom
6521 Emmerdale
Eastvale, CA 91752

Technical Cable Applications
2840 West Valley Highway N.
#102
Auburn, WA 98001

Teledata Technologies
7060 W. Warm Spring Road
Suite 190
Las Vegas, NV 89113

Tennessee Department of Revenue
Taxpayer Services Division
500 Deaderick Street
Nashville, TN 37242

The Audio Visual Group
4544 North Hiatus Road
Fort Lauderdale, FL 33351

Trimble, Inc.
10368 Westmoor Drive
Westminster, CO 80021

TRS - Ren Telco
1830 West Airfield Drive
DFW Airport, TX 75261-9260

UI Tax Administration
Attn: Washington Employment Security Dpt
P.O. Box 84242
Seattle, WA 98124-5542

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

Verkada, Inc.
405 E. 4th Avenue
San Mateo, CA 94401

Virginia Department of Taxation
Attn: Dept. of Taxation-Bankruptcy Unit
P.O. 2156
Richmond, VA 23218-2156

Virginia Employment Commission
P.O. Box 26441
Richmond, VA 23261-6441

Visionary Solutions, Inc.
2060 Alameda Padre Serra
Suite 100
Santa Barbara, CA 93103

WA State Labor & Industries
P.O. Box 34022
Seattle, WA 98124-1022

WA State Work Zone Speed Safety
P.O. Box 2316
900 Jefferson Street SE
Olympia, WA 98501-9998

Washington Cares Fund
Attn: Washington Employment Security Dpt
P.O. Box 84249
Seattle, WA 98124-5542

Washington Department of Revenue
Attn: Compliance Division
20819 72nd Avenue South
Suite 680
Kent, WA 98032

Whitestone
c/o Jack Madeb, Esquire
Madeb Law, PLLC
1202 Avenue U #1287
Brooklyn, NY 11229

Windy City Wire Cable
386 International Drive
Suite H
Bolingbrook, IL 60440

Wired Communications, LLC
2819 James Street
Fort Wayne, IN 46806

Xerox Financial Services
P.O. Box 13604
Philadelphia, PA 19101-3604